# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RK Management Consultants, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20 C 956 |
| | ) | Judge Andrea Wood |
| WaveStrong, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff RK Management Consultants, Inc. hereby voluntarily dismisses this action without prejudice.

Dated:  April 30, 2020

Respectfully submitted,

RK Management Consultants, Inc.

By:  /s/ Michael S. Shapiro
One of its attorneys

Michael S. Shapiro (No. 6279776)
Michael P. Tomlinson (No. 6279930)
TOMLINSON & SHAPIRO, P.C.
8501 W. Higgins Road, Ste. 420
Chicago, IL  60631
Phone: (312) 715-8770
Fax: (866) 625-7089
Email: mss@tomlinsonshapiro.com
         mpt@tomlinsonshapiro.com